ZAINEY, J.
JANUARY 23, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE CO. | CIVIL ACTION |
| VERSUS | NO: 05-3242 |
| QUEENS MACHINERY CO., LTD. | SECTION: "A" (3) |

<u>**ORDER AND REASONS**</u>

Before the Court is a **Motion for Extension (Rec. Doc. 11)** filed by Plaintiffs, and a **Motion for Reconsideration or, in the Alternative, Certification Pursuant to 28 U.S.C. § 1292(b) (Rec. Doc. 9)** filed by Queens Machinery Co., Ltd.  The Motion for Extension, set for hearing on January 25, 2006, is unopposed and is before the Court on the briefs without oral argument.  The Motion for Reconsideration, is opposed and set for hearing on February 8, 2006.  The Motion for Reconsideration is likewise before the Court

on the briefs without oral argument.[1]

The Motion for Extension filed by Plaintiffs is now MOOT because Plaintiffs have filed their opposition timely in light of the noticed hearing date of February 8, 2006, for the Motion for Reconsideration.

Further, the Court sees no reason to postpone ruling on the Motion for Reconsideration until the noticed hearing date given that Plaintiffs have filed their opposition and Queens has filed its reply.  The Motion for Reconsideration is DENIED for the reasons given on November 21, 2005, denying Queens' motion to dismiss.  Further, the Court does not agree with Queens' contention that the November 21, 2005, order is appropriate for certification pursuant to § 1292(b).

Accordingly;

**IT IS ORDERED** that the **Motion for Extension (Rec. Doc. 11)** filed by Plaintiffs is **DENIED AS MOOT**;

**IT IS FURTHER ORDERED** that the **Motion for Reconsideration or, in the Alternative, Certification Pursuant to 28 U.S.C. § 1292(b) (Rec. Doc. 9)** filed by Queens Machinery Co., Ltd. should be and is

---

[1] Queens has requested oral argument on its Motion for Reconsideration.  Queens' memorandum in support and reply are more than adequate to apprise the Court of Queens' position. Consequently, oral argument will not assist the Court in reaching a decision on the Motion for Reconsideration, and the request for oral argument is DENIED.

hereby **DENIED**.

* * * * * * * * *